Dismissed and Memorandum Opinion filed July 8, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00313-CV

____________

 

HOMERO DE LEON, Appellant

 

V.

 

CRUZ FLORES, Appellee

 



 

On Appeal from the County Court at Law No. 7

Bexar County, Texas

Trial Court Cause No. 311801

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed October 28, 2009.  On July 1, 2010, the
parties filed an agreed motion to dismiss the appeal because all issues have
been settled and compromised.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Yates and Boyce.